STEVE SPOLLIO, Appellant, v. CLINTON C. BUSH, Respondent.— Same decision and like cause of action as in companion case last above. Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. FRANCIS W. MORRIS, Relator, v. THE BOARD OF SUPERVISORS OF NIAGARA COUNTY, NEW YORK, Defendant.— Determination confirmed and order of certiorari dismissed, without costs. All concur. (Certiorari proceeding to review defendant's action in refusing to audit in full relator's bill for fees as justice of the peace.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

In the Matter of the Claim of RAYMOND GILBERT a Volunteer Fireman, for Compensation Pursuant to Section 205, Subdivision 2, of the General Municipal Law for Disability Caused or Induced by Actual Performance of His Duties as Such Volunteer Fireman, etc. TOWN OF AMHERST, ERIE COUNTY, Appellant; TOWN OF PENDLETOWN, NIAGARA COUNTY, Defendant; RAYMOND GILBERT, Petitioner, Respondent.— Order of February 10, 1938, reversed on the facts, as matter of discretion, with ten dollars costs and disbursements, and motion granted, as matter of discretion, without costs. Appeal from judgment dismissed as academic in view of our decision upon the motion. All concur. (The judgment awards claimant damages for injuries sustained while performing duties as a volunteer fireman. The order denies a motion by the town of Amherst to vacate the judgment and for a new trial and for a further physical examination.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

PAULINE SANSONE, Respondent, v. BOARD OF EDUCATION OF THE CITY OF BUFFALO, Appellant.— Judgment affirmed, with costs. All concur. (The judgment is in favor of plaintiff in an injunction action.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ.

SILVER CREEK PRESERVING CORPORATION, Appellant, v. ROY A. PORTER, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order grants defendant's motion to bring in certain parties defendant in an action for an accounting.) Present — Crosby, Lewis, Cunningham, Taylor and Dowling, JJ. [164 Misc. 818.]

In the Matter of the Proceeding under Grade Crossing Elimination Act, for the Elimination of the Existing Highway-Railroad Crossing at Grade of the Railroad Operated by THE NEW YORK CENTRAL RAILROAD COMPANY, at Ridge Road in the Town of West Seneca, Erie County, New York. (Case No. 8253.) — Motion for a reargument denied, with ten dollars costs; motion for leave to appeal to the Court of Appeals denied. Present — Crosby, Cunningham, Taylor and Dowling, JJ.